FILED
CLERK, U.S. DISTRICT COURT
10/2/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK USA N.A.,<br><br>    Defendant. | Case No. CV 19-4406 FMO (AGRx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 2nd day of October, 2019.

                                                  /s/
                                      Fernando M. Olguin
                                   United States District Judge